UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOAQUIN AGUIAR-YANEZ, | ) | No. CV 11-5686-PLA |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: May 4, 2012

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE