**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Joaquin Aguiar-Yanez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN AGUIAR-YANEZ,<br><br>Plaintiff,<br><br>v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. LACV11-5686 PLA<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND ONE HUNDRED DOLLARS and NO CENTS ($3,100.00) for attorney fees and THREE HUNDRED SEVENTY DOLLARS and TWENTY-NINE CENTS ($370.29) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 5, 2012

*/s/ Paul L. Abrams*
_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1